

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00366-CV

_____

IN RE LON SMITH & ASSOCIATES, INC. AND A-1 SYSTEMS, INC. D/B/A LON SMITH ROOFING AND CONSTRUCTION, Relators

Original Proceeding
236th District Court of Tarrant County, Texas
Trial Court No. 236-267881-13

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered Relators' "Petition for Writ of Mandamus," "Response of Joe and Stacci Key to Relators' Petition for Writ of Mandamus," and "Relators' Reply in Support of Petition for Writ of Mandamus." It is this Court's opinion that relief should be denied. Accordingly, Relators' "Petition for Writ of Mandamus is denied, and the stay order in our August 16, 2024 order is lifted.

Per Curiam

Delivered: September 4, 2024